In The United States District Court
For The Southern District of Texas
Houston Division


FILED
DEC 0 3 2020
David J. Bradley, Clerk of Court

Anthony Ortiz #753367, et al.,
Plaintiff

V                                    Civil Action No. 4:20-CV-03266

Bryan Collier, et al.,
Defendant                            Notice of Appeal

    Notice is hereby given that Anthony Ortiz #753367, plaintiff v Bryan Collier, defendant in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit (from the final judgement)(from an order of Dismissal) entered in this action on the 19 day of November, 2020.

Dated in Navasota, Texas
on 11-30-20

Respectfully,

*Anthony Ortiz #753367*

Anthony Ortiz #753367
Pack I Unit
2400 Wallace Pack Rd.
Navasota, Texas- 77868

Anthony Ortiz # 753367
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas - 77868

FILED
DEC 03 2020
David J. Bradley, Clerk of Court

NORTH HOUSTON TX
1 DEC 2020 PM 5

Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas - 77208
77208-101010